# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
BARSON CHEMICAL CO.                             §          Case No. 11-09875 DRC
                                                §
                    Debtor(s)                   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on                    .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

            Funds were disbursed in the following amounts:

            Payments made under an interim
            disbursement
            Administrative expenses
            Bank service fees
            Other payments to creditors
            Non-estate funds paid to 3rd Parties
            Exemptions paid to the debtor
            Other payments to the debtor

            Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was                . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $              .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $          [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    1

Exhibit A

| | | |
|---|---|---|
| Case No: | 11-09875    DRC    Judge: Donald R. Cassling | |
| Case Name: | BARSON CHEMICAL CO. | |
| | | |
| For Period Ending: | 04/01/14 | |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/10/11 (f) |
| 341(a) Meeting Date: | 04/25/11 |
| Claims Bar Date: | 08/12/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Harris, N.A.,, 720 East State Street, West Dundee,<br>   IL 60118, checking account #4800628687, $249.74 garnished by<br>   creditor | 0.00 | 0.00 | | 0.00 | FA |
| 2. Harris, N.A., 720 East State Street, West Dundee,<br>   Illinois 60118, money market account. in account for over one year.<br>   Zero balance | 0.00 | 0.00 | | 0.00 | FA |
| 3. US Bank, Wheeling Office, P. O. Box 790179,<br>   St. Louis, MO 63179-0179 U.S. Bank Cash Flow Manager Account No.<br>   0000-21100-013-493 | 0.00 | 0.00 | | 0.00 | FA |
| 4. Balance due from Diane's Pools (customer Debtor) | 669.00 | 0.00 | | 0.00 | FA |
| 5. Balance due from Action Pools (customer of Debtor | 500.00 | 0.00 | | 0.00 | FA |
| 6. Funds held in trust account at the Law Office of<br>   Leo M. Flanagan, Jr., 85 Market Street, Elgin, Illinois 60123 for Barson<br>   Chemical Company<br>   from pre-petition liquidation of business | 56,719.19 | 56,719.19 | | 56,719.19 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 6.38 | Unknown |
| 8. Accounts receivable (u)<br>   Asset on Debtor's amended schedules; duplicate of asset no.'s 4 and 5<br>   above plus additional accounts receivable of $549.50. | 1,718.50 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $59,606.69 | $56,719.19 | $56,725.57 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Case No:     11-09875     DRC     Judge: Donald R. Cassling
Case Name:   BARSON CHEMICAL CO.

Trustee Name:                         THOMAS E. SPRINGER, TRUSTEE
Date Filed (f) or Converted (c):      03/10/11 (f)
341(a) Meeting Date:                  04/25/11
Claims Bar Date:                      08/12/11

Debtor's financial records were reviewed to determine if any preferential transfers and/or fraudulent conveyance actions
were recoverable.  After full investigation, including correspondence to and from various potential preferential
transferees, it was determined that no recoverable preferential or fraudulent conveyance actions were actionable.
Additionally, after the accountant for the Trustee filed the estate tax returns, the IRS did not accept them as filed
and in November, 2013, we received an amount due to the IRS in the amount of  $1,173.37.  It took our accountant months
to resolve this matter.  It has now been resolved and the attorney fee application and final report are in the process
of being prepared.

Initial Projected Date of Final Report (TFR): 03/15/12     Current Projected Date of Final Report (TFR): 04/01/14

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  1

Exhibit B

| | | |
|---|---|---|
| Case No: | 11-09875 -DRC | |
| Case Name: | BARSON CHEMICAL CO. | |
| Taxpayer ID No: | *******1316 | |
| For Period Ending: | 04/01/14 | |

| | | |
|---|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******9395  CHECKING ACCOUNT | |
| Blanket Bond (per case limit): | $  5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 55,392.77 | | 55,392.77 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.73 | 55,362.04 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.27 | 55,326.77 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.11 | 55,292.66 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.22 | 55,257.44 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 82.14 | 55,175.30 |
| 02/26/13 | 100000 | International Surities, Ltd. | | 2300-000 | | 58.90 | 55,116.40 |
| | | Suite 420 | | | | | |
| | | 701 Poydra Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 74.09 | 55,042.31 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 81.88 | 54,960.43 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 79.07 | 54,881.36 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 81.59 | 54,799.77 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 78.85 | 54,720.92 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 81.36 | 54,639.56 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 81.23 | 54,558.33 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 78.51 | 54,479.82 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 81.00 | 54,398.82 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 78.27 | 54,320.55 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 80.76 | 54,239.79 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 80.64 | 54,159.15 |
| 02/11/14 | 100001 | INTERNATIONAL SURETIES, LTD. | Blanket Bond # 016026455 | 2300-000 | | 72.39 | 54,086.76 |
| | | Suite 420 | | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 72.70 | 54,014.06 |

| | | |
|---|---|---|
| Page Subtotals | 55,392.77 | 1,378.71 |

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 11-09875 -DRC | |
| Case Name: | BARSON CHEMICAL CO. | |
| Taxpayer ID No: | *******1316 | |
| For Period Ending: | 04/01/14 | |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9395  CHECKING ACCOUNT |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 55,392.77 | 1,378.71 | 54,014.06 |
| | | | Less:  Bank Transfers/CD's | | 55,392.77 | 0.00 | |
| | | | Subtotal | | 0.00 | 1,378.71 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 1,378.71 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

LFORM24    **UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*                                    Ver: 17.05

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:  3

Exhibit B

| | |
|---|---|
| Case No: | 11-09875  -DRC |
| Case Name: | BARSON CHEMICAL CO. |
| Taxpayer ID No: | *******1316 |
| For Period Ending: | 04/01/14 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******0960  MONEY MARKET |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/06/11 | 6 | Attorney Leo M. Flanagan, Jr.<br>Trust Account<br>85 Market Street<br>Elgin, IL 60123 | Turnover of funds from pre-petition liquidation of Debtor's business | 1129-000 | 56,719.19 | | 56,719.19 |
| 07/29/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.33 | | 56,719.52 |
| 08/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.48 | | 56,720.00 |
| 09/09/11 | 000100 | C.T. Corpation<br>Chicago UCC Team 1<br>208 S. LaSalle Street, Ste. 814<br>Chicago, IL 60604<br>Attn. Susan L. Jacoby | Administrative Claim pursuant to Order approving same, 9/2/11. | 2990-000 | | 510.00 | 56,210.00 |
| 09/30/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.46 | | 56,210.46 |
| 10/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.48 | | 56,210.94 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 71.61 | 56,139.33 |
| 11/30/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.46 | | 56,139.79 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 69.21 | 56,070.58 |
| 12/30/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.47 | | 56,071.05 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 69.13 | 56,001.92 |
| 01/31/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.48 | | 56,002.40 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 73.45 | 55,928.95 |
| 02/15/12 | 000101 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 7013P | Blanket Bond ; Bond #016026455 | 2300-000 | | 55.66 | 55,873.29 |
| 02/29/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.44 | | 55,873.73 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 66.47 | 55,807.26 |
| 03/30/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.47 | | 55,807.73 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 68.62 | 55,739.11 |
| | | | Page Subtotals | | 56,723.26 | 984.15 | |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

FORM 2

Exhibit B

| | |
|---|---|
| Case No: | 11-09875 -DRC |
| Case Name: | BARSON CHEMICAL CO. |
| Taxpayer ID No: | *******1316 |
| For Period Ending: | 04/01/14 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******0960  MONEY MARKET |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/12 | 7 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.46 | | 55,739.57 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 70.82 | 55,668.75 |
| 05/31/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.47 | | 55,669.22 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 70.73 | 55,598.49 |
| 06/29/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.45 | | 55,598.94 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 66.08 | 55,532.86 |
| 07/31/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.48 | | 55,533.34 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 72.83 | 55,460.51 |
| 08/31/12 | 7 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.45 | | 55,460.96 |
| 08/31/12 | | BANK OF AMERICA 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 68.19 | 55,392.77 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 55,392.77 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 56,725.57 | 56,725.57 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 55,392.77 | |
| Subtotal | 56,725.57 | 1,332.80 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 56,725.57 | 1,332.80 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| CHECKING ACCOUNT - *******9395 | 0.00 | 1,378.71 | 54,014.06 |
| MONEY MARKET - *******0960 | 56,725.57 | 1,332.80 | 0.00 |
| | 56,725.57 | 2,711.51 | 54,014.06 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         2.31         55,741.42

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    5

Exhibit B

Case No:        11-09875  -DRC

Case Name:    BARSON CHEMICAL CO.

Taxpayer ID No:  *******1316

For Period Ending:  04/01/14

Trustee Name:        THOMAS E. SPRINGER, TRUSTEE

Bank Name:            BANK OF AMERICA

Account Number / CD #:      *******0960  MONEY MARKET

Blanket Bond (per case limit):  $  5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

CHECKING ACCOUNT - ********9395

MONEY MARKET - ********0960

| | | | Page Subtotals | | 0.00 | 0.00 | |

LFORM24

Ver: 17.05

| | | | CLAIMS ANALYSIS | | | |
|---|---|---|---|---|---|---|
| Page 1 | | | CLAIMS REGISTER | | | Date: April 01, 2014 |

Case Number: 11-09875  
Debtor Name: BARSON CHEMICAL CO.

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | SPRINGER BROWN, LLC Wheaton Executive Center 400 S. County Farm Road Suite 330 Wheaton, IL 60187 | Administrative | | $4,079.00 | $0.00 | $4,079.00 |
| 001 3410-00 | MCGLADREY, LLP 5155 Paysphere Circle Chicago, IL 60674 | Administrative | | $1,936.00 | $0.00 | $1,936.00 |
| BOND 999 2300-00 | International Surities, Ltd. Suite 420 701 Poydra Street New Orleans, LA 70139 | Administrative | | $131.29 | $131.29 | $0.00 |
| 1 070 7100-00 | Knight Chemicals, LLC 7320 West Florist Avenue Milwaukee, WI 53218 | Unsecured | (1-1) Goods Sold | $16,473.79 | $0.00 | $16,473.79 |
| 10 070 7100-00 | Elgin Airport Business Park Limited Bruce E. Garner Schirott, Luetkehans & Garner, P.C. 105 E. Irving Park Road Itasca,IL 60143 | Unsecured | | $78,053.56 | $0.00 | $78,053.56 |
| 11 070 7100-00 | Viking Chemical P. O. Box 1595 Rockford, IL 61110 | Unsecured | | $575.75 | $0.00 | $575.75 |
| 2 070 7100-00 | TLC Ingredients 16901 Advantage Avenue Crest Hill, IL 60403 | Unsecured | | $1,921.00 | $0.00 | $1,921.00 |
| 3 070 7100-00 | Climatemp 2315 Gardner Road Broadview, IL 60155 | Unsecured | | $403.08 | $0.00 | $403.08 |
| 4 070 7100-00 | Imerys Ceramics 100 Mansell Court East Suite 300 Roswell, GA 30076 | Unsecured | | $3,297.75 | $0.00 | $3,297.75 |
| 5 070 7100-00 | Suburban Accents, Inc. 3701-A Berdinck Street Rolling Meadows, IL 60008 | Unsecured | | $1,500.00 | $0.00 | $1,500.00 |
| 6 070 7100-00 | Acid Products Company, Inc. 600 West 41st Street Chicago, IL 60609 | Unsecured | | $10,240.50 | $0.00 | $10,240.50 |
| 7 070 7100-00 | Aquarius Distributors 6950 51st Street Kenosha, WI 53144 | Unsecured | | $340.00 | $0.00 | $340.00 |

| | | CLAIMS ANALYSIS | | | | |
|---|---|---|---|---|---|---|
| Page 2 | | CLAIMS REGISTER | | | | Date: April 01, 2014 |

Case Number:    11-09875
Debtor Name:    BARSON CHEMICAL CO.

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8<br>070<br>7100-00 | Knight Chemicals, LLC<br>7320 West Florist Avenue<br>Milwaukee, WI 53218 | Unsecured | (8-1) Goods Sold<br>CLAIM WITHDRAWN | $0.00 | $0.00 | $0.00 |
| 9<br>070<br>7100-00 | Speedway SuperAmerica LLC<br>P. O. Box 1590<br>Springfield, OH 45501 | Unsecured | | $257.11 | $0.00 | $257.11 |
| | Case Totals: | | | $119,208.83 | $131.29 | $119,077.54 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-09875 DRC
Case Name: BARSON CHEMICAL CO.
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

Balance on hand                                      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: SPRINGER BROWN, LLC | $ | $ | $ |
| Accountant for Trustee Fees: MCGLADREY, LLP | $ | $ | $ |
| Other: International Surities, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance                                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Knight Chemicals, LLC | $ | $ | $ |
| 2 | TLC Ingredients | $ | $ | $ |
| 3 | Climatemp | $ | $ | $ |
| 4 | Imerys Ceramics | $ | $ | $ |
| 5 | Suburban Accents, Inc. | $ | $ | $ |
| 6 | Acid Products Company, Inc. | $ | $ | $ |
| 7 | Aquarius Distributors | $ | $ | $ |
| 9 | Speedway SuperAmerica LLC | $ | $ | $ |
| 10 | Elgin Airport Business Park Limited | $ | $ | $ |
| 11 | Viking Chemical | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE