IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter: 7 |
| | ) | |
| BARSON CHEMICAL CO., | ) | Case No.: 11-09875 |
| | ) | |
| Debtor. | ) | Judge Donald R. Cassling |

## FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR COUNSEL TO THE TRUSTEE

### Cover Sheet for Application for Professional Compensation

Name of Applicant(s):  **Thomas E. Springer, Esq. and the firm of Springer Brown, LLC**

Authorized to Provide Professional Services to:   **Thomas E. Springer, Trustee of the Estate of Barson Chemical Co., Chapter 7 Bankruptcy No. 11-09875**

Date of Order Authorizing Employment:   **May 26, 2011**

Period for which Compensation is Sought:   **May 18, 2011 through March 13, 2014**

Amount of Fees Sought:   **$ 4,079.00**

Amount of Expense Reimbursement Sought:   $   0.00

This is an:   Interim Application ___   Final Application **X**

If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Withheld by Order |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

The amount of fees and expenses paid to the Applicant to date for Service rendered and expenses incurred herein is:$____-0-_____.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter: 7 |
| | ) | |
| BARSON CHEMICAL CO., | ) | Case No.: 11-09875 |
| | ) | |
| Debtor. | ) | Judge Donald R. Cassling |

## FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR COUNSEL TO THE TRUSTEE

**NOW COMES** Thomas E. Springer, Esq. and the firm of SPRINGER BROWN, LLC, (hereinafter "Applicant") as duly authorized counsel to the Trustee, THOMAS E. SPRINGER, (hereinafter "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered as counsel to the Trustee, pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

### I. INTRODUCTION

This Application encompasses the time period from May 18, 2011 through March 13, 2014. The Application represents 12.2 hours of legal services provided to the Trustee. Applicant has neither previously requested nor obtained approval for payment of interim compensation. This Application seeks approval of legal fees in the amount of $4,079.00 and $0.00 for actual and necessary unreimbursed expenses.

The Debtor initiated this bankruptcy proceeding with the filing of a voluntary Petition under Chapter 7 of the United States Bankruptcy Code on March 10, 2011 and Thomas E. Springer was appointed as the Chapter 7 Trustee herein. On May 26, 2011, this Court entered an Order authorizing the Trustee to retain Applicant as legal counsel. The hourly rates of Applicant is competitive with the rates charged in this market by professionals with similar skills and experience, as disclosed and summarized in the Cover Sheet to this Application for Compensation and Reimbursement of Expenses.

## II. CASE STATUS and NARRATIVE OF LEGAL SERVICES

Applicant represented and advised the Trustee on the matters relating to this bankruptcy case. The Applicant has provided a general description of the tasks performed, results achieved and benefit to the estate; and detailed time records in chronological order for each matter with Applicant's time attached hereto Exhibit A. Each professional task for which Applicant seeks compensation is separated into the following two categories:

A. Employment of Professional Persons and Preparation of Fee Applications;

B. Asset Analysis and Disposition: Investigation of preference payments and Accounting and Turnover of Debtor's funds in bank account.

The following narrative description of the project categories explains the necessity and benefit to the estate of each service category and the status of those issues, including all pending litigation:

A. **Employment of Professional Persons and Preparation of Fee Applications**

**Time Expended: 5.1 hours; Amount requested: $1,667.50**

This category includes services related to the employment of Applicant as counsel to the Trustee, employment of Patrick Shaw and McGladrey as Accountant to the Trustee, preparation of the Fee Application for McGladrey and preparation of the current Fee Application. Employment of all above professionals for the Trustee was necessary for the prompt and efficient liquidation of the estate and has contributed to the successful administration of this estate.

B. **Asset Analysis and Disposition: Investigation of preference payments and Accounting/Turnover of Debtor's bank accounts**

**Time Expended: 7.1 hours; Amount requested: $2,411.50**

This category includes services related to the investigation of potential preference payments and accounting and turnover of funds in the Debtor's bank accounts. Applicant drafted a motion for Turnover for the funds in the Debtor's bank accounts and an Order for Turnover was entered on June 30, 2011. Applicant then requested a lien search from Ct Lien

Solutions to verify that the funds collected were free and clear of liens. Applicant drafted a Motion to Allow payment of the Administrative payment to CT Lien Solutions and on September 2, 2011, an Order allowing payment of the administrative claim was entered.

Applicant then reviewed the Debtor's bank statements and ledger for potential preference payments. After further information was obtained regarding various payments it was determined that there were no recoverable preference payments.

Trustee's counsel herein provided and maintained the normal and ordinary legal services to the Trustee in monitoring and overseeing liquidation and administration of the assets and coordinating efforts of the administration with the Trustee in the related Estate.

Itemized time entries for all Applicant's services to this Bankruptcy Estate are attached hereto as Exhibit "A"

**WHEREFORE,** Applicant, Thomas E. Springer respectfully requests that Trustee's Attorneys' fees in the amount of $4,079.00 be approved as reasonable and appropriate and that payment be authorized upon entry of the Order approving such payment as set forth herein and for any such other and further relief as this Court deems just and equitable.

DATE: March 13, 2014

Respectfully Submitted,
APPLICANT
Thomas E. Springer, Trustee

BY: Springer Brown, LLC

By: /s/ Thomas E. Springer
Thomas E. Springer
One of His Attorneys

Thomas E. Springer
Springer Brown, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
(630) 510-0000