IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter:  7 |
| | ) | |
| BARSON CHEMICAL CO., | ) | Case No.:  11-09875 |
| | ) | |
| Debtor. | ) | Judge Donald R. Cassling |

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION
(Appendix to Rule 607)

| | |
|---|---|
| Name of Applicant: | Patrick T. Shaw, CPA and McGladrey, LLP |
| Authorized to Provide Professional Service to: | Thomas E. Springer, Trustee |
| Date of Order Authorizing Employment: | October 20, 2011 |
| Period for Which Compensation is Sought: | October 20, 2011 through August 15, 2013 |
| Amount of Fees Sought: | $ 1,936.00 |
| Amount of Expense Reimbursement Sought: | $    0.00 |
| This is a: | First and Final Application for Compensation |

If this is *not* the first application filed herein by this, disclose as to all prior fee applications: N/A

The aggregated amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $ N/A

Applicant: Patrick T. Shaw, CPA

Date:___March 12, 2014___   BY:___/s/Thomas E. Springer___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter: 7 |
| | ) | |
| BARSON CHEMICAL CO., | ) | Case No.: 11-09875 |
| | ) | |
| Debtor. | ) | Judge Donald R. Cassling |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION
AND EXPENSES AS ACCOUNTANT TO THE TRUSTEE**

NOW COMES Thomas E. Springer, Trustee (herein the "Trustee") by and through his counsel, Springer Brown, LLC, and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for Patrick T. Shaw and the firm of McGladrey, LLP as Accountant to the Trustee, (hereinafter "Applicant") pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, states as follows:

### I. JURISDICTION AND NARRATIVE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157. Venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

2. This request for relief is predicated on §330 of the Bankruptcy Code.

3. On March 10, 2011, the Debtor filed its petition for relief under Chapter 7 of the United States Bankruptcy Code and Thomas E. Springer was duly appointed as the Trustee and continues to serve in that capacity.

4. On October 20, 2011, an Order was entered authorizing the employment of Applicant, to serve as the Accountant for the Trustee. Applicant has not received any compensation or reimbursement of expenses in this matter.

5. Applicant requests $1,936.00 in compensation for services performed in preparation of the Estates' tax returns for the year 2011 and 2012. This included both the Federal and Illinois returns.

6. Attached as Exhibit A is a detailed list of the services rendered.

7. Based on the nature and value of services performed by the Applicant, the results achieved and the costs of comparable services, the compensation sought is fair and reasonable.

8. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented or held an interest adverse to Estate with respect to matters in which Applicant was employed.

**WHEREFORE,** Applicant, Patrick T. Shaw and the firm of McGladrey, LLP respectfully requests that he be awarded reasonable compensation in the amount of $1,936.00 for services rendered in this case as Accountant to the Trustee

DATE: March 12, 2014            Respectfully Submitted,

Applicant: Patrick T. Shaw, CPA

BY: Springer Brown, LLC

By:    /s/ Thomas E. Springer
       Thomas E. Springer
       Attorney to the Trustee

Thomas E. Springer
Springer Brown, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
 (630) 510-0000