UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
BARSON CHEMICAL CO. § Case No. 11-09875
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF THE U.S. BANKRUPTCY COURT
        219 S. DEARBORN STREET
        CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/02/2014 in Courtroom 240,
        United States Courthouse
        Old Kane County Courthouse
        100 S. Third Street, Geneva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____       By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
BARSON CHEMICAL CO. § Case No. 11-09875
 §
 Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 56,725.57 |
| and approved disbursements of | $ | 2,711.51 |
| leaving a balance on hand of[1] | $ | 54,014.06 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 6,086.28 | $ 0.00 | $ 6,086.28 |
| Attorney for Trustee Fees: SPRINGER BROWN, LLC | $ 4,079.00 | $ 0.00 | $ 4,079.00 |
| Accountant for Trustee Fees: MCGLADREY, LLP | $ 1,936.00 | $ 0.00 | $ 1,936.00 |
| Other: International Surities, Ltd. | $ 131.29 | $ 131.29 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 12,101.28 |
| Remaining Balance | | $ | 41,912.78 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 113,062.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 37.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Knight Chemicals, LLC | $ 16,473.79 | $ 0.00 | $ 6,106.91 |
| 2 | TLC Ingredients | $ 1,921.00 | $ 0.00 | $ 712.12 |
| 3 | Climatemp | $ 403.08 | $ 0.00 | $ 149.42 |
| 4 | Imerys Ceramics | $ 3,297.75 | $ 0.00 | $ 1,222.49 |
| 5 | Suburban Accents, Inc. | $ 1,500.00 | $ 0.00 | $ 556.06 |
| 6 | Acid Products Company, Inc. | $ 10,240.50 | $ 0.00 | $ 3,796.20 |
| 7 | Aquarius Distributors | $ 340.00 | $ 0.00 | $ 126.04 |
| 9 | Speedway SuperAmerica LLC | $ 257.11 | $ 0.00 | $ 95.31 |
| 10 | Elgin Airport Business Park Limited | $ 78,053.56 | $ 0.00 | $ 28,934.80 |
| 11 | Viking Chemical | $ 575.75 | $ 0.00 | $ 213.43 |
| | Total to be paid to timely general unsecured creditors | | $ | 41,912.78 |

    Remaining Balance $          0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Thomas E. Springer
                    Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-09875-DRC
Barson Chemical Co.                                                       Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley            Page 1 of 2           Date Rcvd: Apr 03, 2014
                              Form ID: pdf006          Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2014.
```
db         +Barson Chemical Co.,    45W171 Kelley Road,    Hampshire, IL 60140-8320
16937567   +Acid Products Company, Inc.,    600 West 41st Street,    Chicago, IL 60609-2680
16937568   +Aquarius Distributors,    6950 51st Street,    Kenosha, WI 53144-1740
16937569   +Arch Chemicals, Inc.,    P. O. Box 75182,    Charlotte, NC 28275
16937571   +CBeyond Corporate,    320 Interstate North Parkway,    Atlanta, GA 30339-2213
16937602  ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: The Home Depot,    P. O. Box 6029,    The Lakes, NV 88901-6029)
16937572   +Central Pool Supply, Inc.,    101 Annie lane,    East Peoria, IL 61611-9568
16937573    Champion Packaging & Distributing,    Inc.,   P. O. Box 97523,    Chicago, IL 60690
16937574   +Clearon Corp.,    P. O. Box 5053,    New York, NY 10163-5053
16937575   +Climatemp,    2315 Gardner Road,    Broadview, IL 60155-3700
16937576    ComEd,    P. O. Box 61111,    Carol Stream, IL 60197-6111
16937577   +Conserve FS, Inc.,    97791 EagleWay,    Chicago, IL 60678-0001
16937578   +Elgin Airport Business Park Limited,    Bruce E. Garner,    Schirott, Luetkehans & Garner, P.C.,
             105 E. Irving Park Road,    Itasca,IL 60143-2117
16937579   +Elgin Airport Business Park Ltd.,    Partnership c/o Hamilton Partners,
             300 Park Blvd., Suite #500,    Itasca, IL 60143-2635
16937580   +Erie Insurance,    100 Erie Insurance Place,    Erie, PA 16530-9000
16937581    Exxon Mobil,    Processing Center,    Des Moines, IA  50368-8938
16937582   +Fox River BP #1,    c/o Hamilton Partners, Inc.,    300 Park Boulevard,    Itasca, IL 60143-2682
16937583    Groot Industries, Inc.,    P. O. Box 309,    Elk Grove Village, IL 60009-0309
16937584   +Halogen Supply Company,    4653 West Lawrence Avenue,    Chicago, IL 60630-2588
16937585    Harcros Chemicals, Inc.,    OneGensar Drive,    Chicago, IL 60630
16937587   +Imerys Ceramics,    100 Mansell Court East,    Suite 300,    Roswell, GA 30076-4860
16937588    Industrial System, Ltd.,    c/o James W. Kaiser,    1212 East Liberty Street,    Wauconda, IL 60084
16937589   +Knight Chemicals, LLC,    7320 West Florist Avenue,    Milwaukee, WI 53218-1857
16937590   +Laura Gray,    45W171 Kelley Road,    Hampshire, IL 60140-8320
16937592   +Memorial Sloan Kettering Cancer,    Center, c/o Frank, Frank, Goldstein,
             1430 Broadway, Suite 1615,    New York, NY 10018-3356
16937593   +New Age Transportation,    Distributing & Warehousing, Inc.,    1881 Rose Lane,
             Lake Zurich, IL 60047-1552
16937595   +North American Salt Company,    9900 West 109th Street, Suite #600,    Overland Park, KS 66210-1436
16937596   +Prince Agri Products, Inc.,    229 Radio Road,    Quincy, IL 62305-7534
16937598   +SAL Chemical,    3036 Birch Drive,    Weirton, WV 26062-5197
16937599  #+SCP Distributors,    4982 27th Avenue,    Rockford, IL 61109-1709
16937600   +Speedway SuperAmerica LLC,    P. O. Box 1590,    Springfield, OH 45501-1590
16937601   +Suburban Accents, Inc.,    3701-A Berdinck Street,    Rolling Meadows, IL 60008-1043
16937605   +TLC Ingredients,    16901 Advantage Avenue,    Crest Hill, IL 60403-1600
16937603    The Lynde Company, LLC,    1300Sylvan Street,    Saint Paul, MN 55117-4626
16937604   +Thorntons,    10101 Linn Station Road,    Louisville, KY 40223-3819
16937607    UPS,    Lockbox 577,    Carol Stream, IL 60132-0577
16937608  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    Wheeling Office,    P. O.. Box 790179,
             Saint Louis, MO 63179-0179)
16937606  #+Unishippers,    2500 West Higgins Road,    Hoffman Estates, IL 60169-2050
16937609   +Viking Chemical,    P. O. Box 1595,    Rockford, IL 61110-0095
16937610    Woodstock Hicksgas, Inc.,    1023 Lake Avenue,    Woodstock, IL 60098-7409
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16937570   +E-mail/Text: skuhlmann@atlaslift.com Apr 04 2014 00:22:11      Atlas Companies,
             5050 North River Road,    Schiller Park, IL 60176-1092
16937594    E-mail/Text: bankrup@aglresources.com Apr 04 2014 00:22:04      Nicor Gas,   P. O. Box 2020,
             Aurora, IL 60507-2020
                                                                                             TOTAL: 2
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
17259879*   +Knight Chemicals, LLC,    7320 West Florist Avenue,    Milwaukee, WI 53218-1857
16937591*   +Laura Gray,    45W171 Kelley Road,    Hampshire, IL 60140-8320
16937586  ##+Hydrite Chemical Company,    800 North Oakwood Road,    Lake Zurich, IL 60047-1522
16937597  ##+Producers Chemical Company,    1355 South River Street,    Batavia, IL 60510-9648
                                                                                TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: mhenley              Page 2 of 2              Date Rcvd: Apr 03, 2014
                              Form ID: pdf006            Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2014 at the address(es) listed below:

```
              Leo M Flanagan Jr    on behalf of Debtor    Barson Chemical Co. leo@attyflanagan.com,
               mkappler@attyflanagan.com
              Nicole K Fishkin    on behalf of Trustee Thomas E Springer nfishkin@otrlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Shannon R Wapole    on behalf of Creditor    Knight Chemical swapole@msn.com
              Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
              Thomas E Springer    tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
              Thomas E Springer    on behalf of Accountant Patrick T Shaw tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
                                                                                             TOTAL: 7
```