# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                   §
                                         §
BARSON CHEMICAL CO.                      §        Case No. 11-09875
                                         §
            Debtor(s)                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on              .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/THOMAS E. SPRINGER, TRUSTEE _____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|--------------------|------------------|-----------------|-----------------|-------------|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURITIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| C.T. CORPATION | | | | | |
| SPRINGER BROWN, LLC | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MCGLADREY, LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Acid Products Company, Inc. 600 West 41st Street Chicago, IL 60609 | | | | | |
| | Aquarius Distributors 6950 51st Street Kenosha, WI 53144 | | | | | |
| | Arch Chemicals, Inc. P. O. Box 75182 Charlotte, NC 28275-1822 | | | | | |
| | Atlas Companies 5050 North River Road Schiller Park, IL 60176 | | | | | |
| | CBeyond Corporate 320 Interstate North Parkway Atlanta, GA 30339 | | | | | |
| | Central Pool Supply, Inc. 101 Annie lane East Peoria, IL 61611 | | | | | |
| | Champion Packaging & Distributing Inc. P. O. Box 97523 Chicago, IL 60690 | | | | | |
| | Clearon Corp. P. O. Box 5053 New York, NY 10163 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Climatemp 2315 Gardner Road Broadview, IL 60155 | | | | | |
| | ComEd P. O. Box 61111 Carol Stream, IL 60197-6111 | | | | | |
| | Conserve FS, Inc. 97791 EagleWay Chicago, IL 60678 | | | | | |
| | Elgin Airport Business Park Limited Partnership, Hamilton Partners, Inc 300 Park Boulevard, Suite 500 Itasca, IL 60143 | | | | | |
| | Erie Insurance 100 Erie Insurance Place Erie, PA 16530 | | | | | |
| | Exxon Mobil Processing Center Des Moines, IA 50368-8938 | | | | | |
| | Fox River BP #1 c/o Hamilton Partners, Inc. 300 Park Boulevard Itasca, IL 60143 | | | | | |
| | Groot Industries, Inc. P. O. Box 309 Elk Grove Village, IL 60009-0309 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Halogen Supply Company 4653 West Lawrence Avenue Chicago, IL 60630 | | | | | |
| | Harcros Chemicals, Inc. OneGensar Drive Chicago, IL 60630 | | | | | |
| | Hydrite Chemical Company 800 North Oakwood Road Lake Zurich, IL 60047 | | | | | |
| | Imerys Ceramics P. O. Box 116885 Atlanta, GA 30368 | | | | | |
| | Industrial System, Ltd. c/o James W. Kaiser 1212 East Liberty Street Wauconda, IL 60084 | | | | | |
| | Knight Chemicals, LLC 7320 West Florist Avenue Milwaukee, WI 53218 | | | | | |
| | Memorial Sloan Kettering Cancer Center, c/o Frank, Frank, Goldstein 1430 Broadway, Suite 1615 New York, NY 10018 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | New Age Transportation Distributing & Warehousing, Inc. 1881 Rose Lane Lake Zurich, IL 60047 | | | | | |
| | Nicor Gas P. O. Box 2020 Aurora, IL 60507-2020 | | | | | |
| | North American Salt Company 9900 West 109th Street, Suite #600 Overland Park, KS 66210 | | | | | |
| | Prince Agri Products, Inc. 229 Radio Road Quincy, IL 62306 | | | | | |
| | Producers Chemical Company 1355 South River Street Batavia, IL 60510 | | | | | |
| | SAL Chemical 3036 Birch Drive Weirton, WV 26062 | | | | | |
| | SCP Distributors 4982 27th Avenue Rockford, IL 61109 | | | | | |
| | Speedway SuperAmerica LLC P. O. Box 1590 Springfield, OH 45501 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Suburban Accents, Inc. 3701-A Berdinck Street Rolling Meadows, IL 60008 | | | | | |
| | TLC Ingredients 16901 Advantage Avenue Crest Hill, IL 60403 | | | | | |
| | The Home Depot P. O. Box 6029 The Lakes, NV 88901-6029 | | | | | |
| | The Lynde Company, LLC 1300Sylvan Street Saint Paul, MN 55117-4626 | | | | | |
| | Thorntons 10101 Linn Station Road Louisville, KY 40223 | | | | | |
| | UPS Lockbox 577 Carol Stream, IL 60132-0577 | | | | | |
| | US Bank Wheeling Office P. O.. Box 790179 Saint Louis, MO 63179-0179 | | | | | |
| | Unishippers 2500 West Higgins Road Hoffman Estates, IL 60169 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Viking Chemical P. O. Box 1595 Rockford, IL 61110 | | | | | |
| | Woodstock Hicksgas, Inc. 1023 Lake Avenue Woodstock, IL 60098-7409 | | | | | |
| 6 | Acid Products Company, Inc. | | | | | |
| 7 | Aquarius Distributors | | | | | |
| 3 | Climatemp | | | | | |
| 10 | Elgin Airport Business Park Limited | | | | | |
| 4 | Imerys Ceramics | | | | | |
| 1 | Knight Chemicals, Llc | | | | | |
| 8 | Knight Chemicals, Llc | | | | | |
| 9 | Speedway Superamerica Llc | | | | | |
| 5 | Suburban Accents, Inc. | | | | | |
| 2 | Tlc Ingredients | | | | | |
| 11 | Viking Chemical | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-09875 | DRC   Judge: Donald R. Cassling | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | BARSON CHEMICAL CO. | | | Date Filed (f) or Converted (c): | 03/10/11 (f) |
| | | | | 341(a) Meeting Date: | 04/25/11 |
| For Period Ending: | 08/05/14 | | | Claims Bar Date: | 08/12/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Harris, N.A,, 720 East State Street, West Dundee, IL 60118, checking account #4800628687, $249.74 garnished by creditor | 0.00 | 0.00 | | 0.00 | FA |
| 2. Harris, N.A., 720 East State Street, West Dundee, Illinois 60118, money market account. in account for over one year. Zero balance | 0.00 | 0.00 | | 0.00 | FA |
| 3. US Bank, Wheeling Office, P. O. Box 790179, St. Louis, MO 63179-0179 U.S. Bank Cash Flow Manager Account No. 0000-21100-013-493 | 0.00 | 0.00 | | 0.00 | FA |
| 4. Balance due from Diane's Pools (customer Debtor) | 669.00 | 0.00 | | 0.00 | FA |
| 5. Balance due from Action Pools (customer of Debtor | 500.00 | 0.00 | | 0.00 | FA |
| 6. Funds held in trust account at the Law Office of Leo M. Flanagan, Jr., 85 Market Street, Elgin, Illinois 60123 for Barson Chemical Company from pre-petition liquidation of business | 56,719.19 | 56,719.19 | | 56,719.19 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 6.38 | Unknown |
| 8. Accounts receivable (u) Asset on Debtor's amended schedules; duplicate of asset no.'s 4 and 5 above plus additional accounts receivable of $549.50. | 1,718.50 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $59,606.69 | $56,719.19 | | $56,725.57 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-09875   DRC   Judge: Donald R. Cassling | |
| Case Name: | BARSON CHEMICAL CO. | |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/10/11 (f) |
| 341(a) Meeting Date: | 04/25/11 |
| Claims Bar Date: | 08/12/11 |

Debtor's financial records were reviewed to determine if any preferential transfers and/or fraudulent conveyance actions were recoverable.  After full investigation, including correspondence to and from various potential preferential transferees, it was determined that no recoverable preferential or fraudulent conveyance actions were actionable. Additionally, after the accountant for the Trustee filed the estate tax returns, the IRS did not accept them as filed and in November, 2013, we received an amount due to the IRS in the amount of  $1,173.37.  It took our accountant months to resolve this matter.  It has now been resolved and the attorney fee application and final report are in the process of being prepared.

Initial Projected Date of Final Report (TFR): 03/15/12       Current Projected Date of Final Report (TFR): 04/01/14

Ver: 18.00a

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-09875 -DRC |
| Case Name: | BARSON CHEMICAL CO. |
| Taxpayer ID No: | *******1316 |
| For Period Ending: | 08/05/14 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9395  CHECKING ACCOUNT |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 55,392.77 | | 55,392.77 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.73 | 55,362.04 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.27 | 55,326.77 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.11 | 55,292.66 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.22 | 55,257.44 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 82.14 | 55,175.30 |
| 02/26/13 | 100000 | International Surities, Ltd. | | 2300-000 | | 58.90 | 55,116.40 |
| | | Suite 420 | | | | | |
| | | 701 Poydra Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 74.09 | 55,042.31 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 81.88 | 54,960.43 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 79.07 | 54,881.36 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 81.59 | 54,799.77 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 78.85 | 54,720.92 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 81.36 | 54,639.56 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 81.23 | 54,558.33 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 78.51 | 54,479.82 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 81.00 | 54,398.82 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 78.27 | 54,320.55 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 80.76 | 54,239.79 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 80.64 | 54,159.15 |
| 02/11/14 | 100001 | INTERNATIONAL SURETIES, LTD. | Blanket Bond # 016026455 | 2300-000 | | 72.39 | 54,086.76 |
| | | Suite 420 | | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 72.70 | 54,014.06 |
| 05/09/14 | 100002 | THOMAS E. SPRINGER, TRUSTEE | Chapter 7 Compensation/Expense | 2100-000 | | 6,086.28 | 47,927.78 |

| | | |
|---|---|---|
| Page Subtotals | 55,392.77 | 7,464.99 |

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

Ver: 18.00a

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 11-09875 -DRC | | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE | |
| Case Name: | BARSON CHEMICAL CO. | | | Bank Name: | ASSOCIATED BANK | |
| | | | | Account Number / CD #: | *******9395  CHECKING ACCOUNT | |
| Taxpayer ID No: | *******1316 | | | | | |
| For Period Ending: | 08/05/14 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | 400 S. County Farm Road Suite 330 Wheaton, IL 60187 | | | | | |
| 05/09/14 | 100003 | SPRINGER BROWN, LLC Wheaton Executive Center 400 S. County Farm Road Suite 330 Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,079.00 | 43,848.78 |
| 05/09/14 | 100004 | MCGLADREY, LLP 5155 Paysphere Circle Chicago, IL 60674 | Accountant for Trustee Fees (Other | 3410-000 | | 1,936.00 | 41,912.78 |
| 05/09/14 | 100005 | Knight Chemicals, LLC 7320 West Florist Avenue Milwaukee, WI 53218 | Claim 1, Payment 37.07046% | 7100-000 | | 6,106.91 | 35,805.87 |
| 05/09/14 | 100006 | Elgin Airport Business Park Limited Bruce E. Garner Schirott, Luetkehans & Garner, P.C. 105 E. Irving Park Road Itasca,IL 60143 | Claim 10, Payment 37.07044% | 7100-000 | | 28,934.80 | 6,871.07 |
| 05/09/14 | 100007 | Viking Chemical P. O. Box 1595 Rockford, IL 61110 | Claim 11, Payment 37.06991% | 7100-000 | | 213.43 | 6,657.64 |
| 05/09/14 | 100008 | TLC Ingredients 16901 Advantage Avenue Crest Hill, IL 60403 | Claim 2, Payment 37.07028% | 7100-000 | | 712.12 | 5,945.52 |
| 05/09/14 | 100009 | Climatemp 2315 Gardner Road Broadview, IL 60155 | Claim 3, Payment 37.06956% | 7100-000 | | 149.42 | 5,796.10 |
| 05/09/14 | 100010 | Imerys Ceramics 100 Mansell Court East | Claim 4, Payment 37.07043% | 7100-000 | | 1,222.49 | 4,573.61 |

Page Subtotals          0.00          43,354.17

Ver: 18.00a

FORM 2                                                                                   Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-09875  -DRC |
| Case Name: | BARSON CHEMICAL CO. |
| Taxpayer ID No: | *******1316 |
| For Period Ending: | 08/05/14 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9395  CHECKING ACCOUNT |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 300 | | | | | |
| | | Roswell, GA 30076 | | | | | |
| 05/09/14 | 100011 | Suburban Accents, Inc. | Claim 5, Payment 37.07067% | 7100-000 | | 556.06 | 4,017.55 |
| | | 3701-A Berdinck Street | | | | | |
| | | Rolling Meadows, IL 60008 | | | | | |
| 05/09/14 | 100012 | Acid Products Company, Inc. | Claim 6, Payment 37.07046% | 7100-000 | | 3,796.20 | 221.35 |
| | | 600 West 41st Street | | | | | |
| | | Chicago, IL 60609 | | | | | |
| 05/09/14 | 100013 | Aquarius Distributors | Claim 7, Payment 37.07059% | 7100-000 | | 126.04 | 95.31 |
| | | 6950 51st Street | | | | | |
| | | Kenosha, WI 53144 | | | | | |
| 05/09/14 | 100014 | Speedway SuperAmerica LLC | Claim 9, Payment 37.06974% | 7100-000 | | 95.31 | 0.00 |
| | | P. O. Box 1590 | | | | | |
| | | Springfield, OH 45501 | | | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 55,392.77 | 55,392.77 | 0.00 |
| Less:  Bank Transfers/CD's | 55,392.77 | 0.00 | |
| Subtotal | 0.00 | 55,392.77 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 55,392.77 | |

|  | | |
|---|---|---|
| Page Subtotals | 0.00 | 4,573.61 |

Ver: 18.00a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| | |
|---|---|
| Case No: | 11-09875 -DRC |
| Case Name: | BARSON CHEMICAL CO. |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******0960  MONEY MARKET |

| | |
|---|---|
| Taxpayer ID No: | *******1316 |
| For Period Ending: | 08/05/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/06/11 | 6 | Attorney Leo M. Flanagan, Jr. Trust Account 85 Market Street Elgin, IL 60123 | Turnover of funds from pre-petition liquidation of Debtor's business | 1129-000 | 56,719.19 | | 56,719.19 |
| 07/29/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.33 | | 56,719.52 |
| 08/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.48 | | 56,720.00 |
| 09/09/11 | 000100 | C.T. Corpation Chicago UCC Team 1 208 S. LaSalle Street, Ste. 814 Chicago, IL 60604 Attn. Susan L. Jacoby | Administrative Claim pursuant to Order approving same, 9/2/11. | 2990-000 | | 510.00 | 56,210.00 |
| 09/30/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.46 | | 56,210.46 |
| 10/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.48 | | 56,210.94 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 71.61 | 56,139.33 |
| 11/30/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.46 | | 56,139.79 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 69.21 | 56,070.58 |
| 12/30/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.47 | | 56,071.05 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 69.13 | 56,001.92 |
| 01/31/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.48 | | 56,002.40 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 73.45 | 55,928.95 |
| 02/15/12 | 000101 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 7013P | Blanket Bond ; Bond #016026455 | 2300-000 | | 55.66 | 55,873.29 |
| 02/29/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.44 | | 55,873.73 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 66.47 | 55,807.26 |
| 03/30/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.47 | | 55,807.73 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 68.62 | 55,739.11 |

|  | Page Subtotals | 56,723.26 | 984.15 |
|---|---|---|---|

Ver: 18.00a

FORM 2

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-09875 -DRC |
| Case Name: | BARSON CHEMICAL CO. |

| | |
|---|---|
| Taxpayer ID No: | *******1316 |
| For Period Ending: | 08/05/14 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******0960  MONEY MARKET |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/12 | 7 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.46 | | 55,739.57 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 70.82 | 55,668.75 |
| 05/31/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.47 | | 55,669.22 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 70.73 | 55,598.49 |
| 06/29/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.45 | | 55,598.94 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 66.08 | 55,532.86 |
| 07/31/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.48 | | 55,533.34 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 72.83 | 55,460.51 |
| 08/31/12 | 7 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.45 | | 55,460.96 |
| 08/31/12 | | BANK OF AMERICA 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 68.19 | 55,392.77 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 55,392.77 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 56,725.57 | 56,725.57 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 55,392.77 | |
| Subtotal | 56,725.57 | 1,332.80 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 56,725.57 | 1,332.80 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| CHECKING ACCOUNT - *******9395 | 0.00 | 55,392.77 | 0.00 |
| MONEY MARKET - *******0960 | 56,725.57 | 1,332.80 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 56,725.57 | 56,725.57 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                2.31            55,741.42

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-09875  -DRC | |
| Case Name: | BARSON CHEMICAL CO. | |
| | | |
| Taxpayer ID No: | *******1316 | |
| For Period Ending: | 08/05/14 | |

| | | |
|---|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE | |
| Bank Name: | BANK OF AMERICA | |
| Account Number / CD #: | *******0960  MONEY MARKET | |
| | | |
| Blanket Bond (per case limit): | $  5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

CHECKING ACCOUNT - ********9395
MONEY MARKET - ********0960

| | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|

Ver: 18.00a

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*